1

2

**S A C K E T T**
**AND ASSOCIATES**
HARVEY P. SACKETT (72488)

3

4

5

6   1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025

7   Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

8

9   /as

10  Attorney for Plaintiff

11

12                    UNITED STATES DISTRICT COURT

13                    EASTERN DISTRICT OF CALIFORNIA

14                          FRESNO DIVISION

15  MARGARET C. GOOCH,                )   Case No.: 1:07-cv-1674 LJO DLB
                                       )
16              Plaintiff,             )
                                       )
17  v.                                 )   STIPULATION AND  ORDER
                                       )
18  MICHAEL J. ASTRUE,                 )
    Commissioner,                      )
19  Social Security Administration,    )
                                       )
20                                     )
                Defendant.             )
21  _____  )

22

23          Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff

24  shall have a first extension of time of nine (9) days up through and including Wednesday, July 2,

25  2008 in which to serve her Confidential Letter.  This extension is necessitated by the number of

26  other cases Plaintiff's counsel currently has before various United States District Courts that also

1

STIPULATION AND ORDER

require briefing.  Specifically, Plaintiff's counsel has approximately (10) opening and reply district court briefs to prepare within the next (30) days.

As a result of this extension, Defendant's due date for a response shall be adjusted accordingly.

McGREGOR W. SCOTT
United States Attorney

Dated:  July 2, 2008                    */s/SHEA L. BOND*
SHEA L.BOND
Special Assistant U.S. Attorney

Dated:  July 2, 2008                    */s/HARVEY P. SACKETT*
HARVEY P. SACKETT
Attorney for Plaintiff
MARGARET C. GOOCH

IT IS SO ORDERED.

Dated:  **July 3, 2008**              **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

2

STIPULATION AND ORDER