IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARGARET C. GOOCH, | ) | 1:07cv1674 LJO DLB |
| | ) | |
| | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| Plaintiff, | ) | |
| | ) | (Document 21) |
| vs. | ) | |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

On November 15, 2007, Plaintiff filed the present action for judicial review of the denial of Social Security benefits.

On September 22, 2008, the Magistrate Judge issued Findings and Recommendation that Plaintiff's appeal be granted and the action be remanded.  The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days.  No objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations dated September 22, 2008, is ADOPTED IN FULL;
2. Plaintiff's appeal is GRANTED;
3. This action is REMANDED for further proceedings; and
4. Judgment shall be entered for Plaintiff Margaret C. Gooch and against Defendant Michael J. Astrue.

The clerk is directed to close the action.

IT IS SO ORDERED.

**Dated:    October 28, 2008**           /s/ **Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE