# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARGARET C. GOOCH, | ) | 1:07cv1674 LJO GSA |
| | ) | |
| Plaintiff, | ) | ORDER REGARDING STIPULATION TO AMEND ORDER GRANTING ATTORNEY FEES |
| v. | ) | |
| | ) | (Document No. 30) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

On February 9, 2009, this Court issued an order granting Plaintiff's Motion for Attorney's Fees. On March 2, 2009, Defendant filed a Motion for Relief from Order Pursuant to Federal Rule of Civil Procedure 60(b). More particularly, Defendant claimed "the order mistakenly awarded EAJA fees directly to Plaintiff's attorney rather than to Plaintiff . . .." The following day however, on March 3, 2009, Defendant filed a Stipulation To Amend Order Granting Attorney Fees Pursuant To The Equal Access To Justice Act.

The stipulation requests that this Court amend its order awarding fees to Plaintiff's attorney "to reflect that payment of EAJA fees is to Harvey Sackett, as Plaintiff's assignee." Defendant states that Plaintiff has provided Defendant with an assignment, and an order of this Court is required "to properly effectuate the award of EAJA fees."

//

**IT IS HEREBY ORDERED** that

1.  The Clerk's Office terminate Defendant's pending Motion For Relief From Order Pursuant To Federal Rule Of Civil Procedure 60(b) (Doc. No. 29) in light of the ruling herein; and

2.  That the February 9, 2009, Order Granting Plaintiff's Motion For Attorney's Fees and Award be amended to reflect that attorney Harvey Sackett's motion was GRANTED, and that Mr. Sackett was awarded fees in the total amount of $6,224.38, as Plaintiff's assignee.

IT IS SO ORDERED.

Dated:   **March 5, 2009**          /s/ **Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE